RECEIVED

SEP 30 2011

Richard W. Wieking
Clerk U.S. District Court
Northern District of California
San Jose

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TESSENDERLO KERLEY, INC., a
Delaware corporation,

Plaintiff,

v.

OR-CAL, Inc., an Oregon
corporation,

Defendant.

CASE NO. CV 11-04100 PSG

~~(Proposed)~~
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Timothy C. Bickham , whose business address and telephone number is

STEPTOE & JOHNSON LLP, 1330 Connecticut Avenue, NW, Washington, D.C. 20036; Telephone No. 202-429-3000

and who is an active member in good standing of the bar of  District of Columbia

having applied in the above-entitled action for admission to practice in the Northern District of

California on a pro hac vice basis, representing  Tessenderlo Kerley, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

*vice.* Service of papers upon and communication with co-counsel designated in the application

will constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing.*

Dated: 9/30/2011

Paul S. Grewal

The Honorable Paul Singh Grewal
United States Magistrate Judge