RECEIVED
SEP 30 2011
Richard W. Wieking
Clerk, U.S. District Court
Northern District of California
San Jose

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TESSENDERLO KERLEY, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>OR-CAL, Inc., an Oregon corporation,<br><br>Defendant. | CASE NO. CV 11-04100 PSG<br><br>~~(Proposed)~~<br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Houda Morad, whose business address and telephone number is STEPTOE & JOHNSON LLP, 1330 Connecticut Avenue, NW, Washington, D.C. 20036; Telephone No. 202-429-3000

and who is an active member in good standing of the bar of District of Columbia having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Tessenderlo Kerley, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 9/30/2011

_____
The Honorable Paul Singh Grewal
United States Magistrate Judge