Case3:11-cv-04100-WHA Document31 Filed12/02/11 Page1 of 2

ELIZABETH A. HOWARD (SBN 173185)
ehoward@orrick.com
VICKIE L. FEEMAN (SBN 177487)
vfeeman@orrick.com
ZHENG (JEN) LIU (SBN 229311)
jenliu@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 614-7400 / Facsimile: (650) 614-7401

**Attorneys for Defendant Or-Cal, Inc.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

TESSENDERLO KERLEY, INC., a Delaware Corporation,

Plaintiff,

v.

OR-CAL, INC., an Oregon Corporation,

Defendant.

CASE NO.: 3:11-cv-04100 (WHA)

**[~~PROPOSED~~] ORDER GRANTING DEFENDANT'S MOTION FOR RELIEF FROM CASE MANAGEMENT SCHEDULE PURSUANT TO LOCAL RULE 16-2(D)**

CASE NO. 3:11-cv-04100 (WHA)

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR RELIEF FROM CASE MANAGEMENT SCHEDULE

Case3:11-cv-04100-WHA Document31 Filed12/02/11 Page2 of 2

After considering Defendant's Motion for Relief from Case Management Schedule Pursuant to Local Rule 16-2(d) and to Shorten Time Pursuant to Rule 6-3, and good cause appearing, **IT IS HEREBY ORDERED THAT** the case schedule is modified as follows:

~~1/19/2012~~ January 5, 2012, at 3:00 p.m. Statement due December 29, 2011.

- INITIAL CASE MANAGEMENT CONFERENCE (CMC) in Courtroom 8, 19th Floor, SF at ~~11:00 AM~~ 3:00 p.m. Civil L.R. 16-10.

**IT IS SO ORDERED**.

Dated: December 2, 2011.

UNITED STATES DISTRICT COURT
IT IS SO ORDERED AS MODIFIED
Judge William Alsup
NORTHERN DISTRICT OF CALIFORNIA

H. Alsup

- 2 -

CASE NO. 3:11-cv-04100 (WHA)

~~[PROPOSED]~~ ORDER GRANTING DEFENDANT'S MOTION FOR RELIEF FROM CASE MANAGEMENT SCHEDULE