| | |
|---|---|
| Daniel R. Blakey (SBN 143748)<br>STEPTOE & JOHNSON LLP<br>633 West Fifth Street, Suite 700<br>Los Angeles, California 90071<br>Email: dblakey@steptoe.com<br>Telephone: (213) 439-9400<br>Facsimile: (213) 439-9599<br><br>Seth A. Watkins (admitted *pro hac vice*)<br>sethwatkins@steptoe.com<br>Timothy C. Bickham (admitted *pro hac vice*)<br>tbickham@steptoe.com<br>Houda Morad (admitted *pro hac vice*)<br>hmorad@steptoe.com<br>STEPTOE & JOHNSON LLP<br>1330 Connecticut Ave., NW<br>Washington, DC 20036<br>Telephone: (202) 429-3000<br>Facsimile: (202) 429-3902<br><br>Attorneys for Plaintiff<br>TESSENDERLO KERLEY, INC. | Elizabeth A. Howard (SBN 173185)<br>ehoward@orrick.com<br>Vickie L. Feeman (SBN 177487)<br>vfeeman@orrick.com<br>Zheng Liu (SBN 229311)<br>jenliu@orrick.com<br>ORRICK, HERRINGTON &<br>   SUTCLIFFE LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025<br>Telephone: (650) 614-7400<br>Facsimile: (650) 614-7401<br><br>Attorneys for Defendant<br>OR-CAL, INC. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| TESSENDERLO KERLEY, INC., a Delaware corporation,<br><br>              Plaintiff,<br><br>     v.<br><br>OR-CAL, Inc., an Oregon corporation,<br><br>              Defendant. | **Case No. 3:11-cv-04100-WHA**<br><br>[~~PROPOSED~~] **ORDER RE SCHEDULE FOR CLAIM CONSTRUCTION** |

- 1 -

[~~PROPOSED~~] ORDER RE SCHEDULE FOR
CLAIM CONSTRUCTION
CASE NO. 3:11-cv-04100-WHA

Pursuant to Paragraph 3 of the Court's Case Management Order ("CMO") dated January 5, 2012 (Docket No. 39), Plaintiff Tessenderlo Kerley, Inc. ("TKI") and Defendant Or-Cal, Inc. ("Or-Cal") jointly submit this Proposed Order establishing a briefing schedule leading up to the claim construction hearing.

| Event | Agreed Date |
| --- | --- |
| Exchange of Proposed Terms for Construction (Patent L.R. 4-1) | 3/30/2012 |
| Exchange of Preliminary Claim Constructions and Extrinsic Evidence (Patent L.R. 4-2) | 4/17/2012 |
| Joint Claim Construction and Prehearing Statement (Patent L.R. 4-3) | 5/10/2012 |
| Completion of Claim Construction Discovery (Patent L.R. 4-4) | 5/24/2012 |
| Opening Claim Construction Brief (Patent L.R. 4-5(a)) | 6/7/2012 |
| Responsive Claim Construction Brief (Patent L.R. 4-5(b)) | 6/21/2012 |
| Claim Construction Reply Brief (Patent L.R. 4-5(c)) | 6/28/2012 |
| Claim Construction Tutorial | 6/20/2012 (per CMO) |
| Claim Construction Hearing (Patent L.R. 4-6) | 7/11/2012 (per CMO) |

[PROPOSED] ORDER RE SCHEDULE FOR CLAIM CONSTRUCTION
CASE NO. 3:11-cv-04100-WHA

Dated:  January  20, 2012                    Steptoe & Johnson LLP

                                             By:  *s/Seth A. Watkins*
                                                  Seth A. Watkins (admitted *pro hac vice*)

                                             Attorneys for Plaintiff
                                             Tessenderlo Kerley, Inc.


Dated:  January  20, 2012                    Orrick, Herrington & Sutcliffe LLP

                                             By:  *s/Vickie L. Feeman*
                                                  Vickie L. Feeman

                                             Attorneys for Defendant
                                             Or-Cal, Inc.

**Filer's Attestation:**  I, Seth A. Watkins, hereby declare pursuant to General Order 45, §X (B) that I have obtained the concurrence in the filing of this document from each of the other signatories listed.

                                             Steptoe & Johnson LLP

                                             By:  *s/Seth A. Watkins*
                                                  Seth A. Watkins (admitted *pro hac vice*)

                                             Attorneys for Plaintiff
                                             Tessenderlo Kerley, Inc.


## **ORDER**

**PURSUANT TO THE FOREGOING, IT IS SO ORDERED.**


Dated:  January 23, 2012.


                                             _____
                                             HON. WILLIAM H. ALSUP
                                             UNITED STATES DISTRICT COURT JUDGE


- 3 -                                        [PROPOSED] ORDER RE SCHEDULE FOR
                                             CLAIM CONSTRUCTION
                                             CASE NO. 3:11-cv-04100-WHA