IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TESSENDERLO KERLEY, INC.,

    Plaintiff,

v.

OR-CAL, INC,

    Defendant.

No. C 11-04100 WHA

**ORDER MOVING HEARING DATE**

To consolidate the parties' pending motions for a single hearing date, defendant Or-Cal, Inc.'s motions for summary judgment will be heard at **8:00 A.M. ON JUNE 14, 2012**. The hearing scheduled for May 31 is **VACATED**. The motion to shorten time is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Dated: May 8, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE