IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TESSENDERLO KERLEY, INC., | No. C 11-04100 WHA |
| Plaintiff, | |
| v. | **ORDER FOR FILE WRAPPERS** |
| OR-CAL, INC., | |
| Defendant. / | |

At the technology tutorial tomorrow, the parties shall lodge with the Court binders with all file wrappers for the patents in suit.

**IT IS SO ORDERED.**

Dated: July 17, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE